# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil No. 10-34-JD |
| | ) |
| **One Green 1992 Lexus EC300,** | ) |
| **NH Registration #2577395,** | ) |
| **VIN #JT8VK13T0N0056103,** | ) |
| **registered to David Nelson,** | ) |
| | ) |
| **Defendant-in-rem.** | ) |
| | ) |

## FINAL ORDER OF FORFEITURE

1. This action in-rem was brought on January 29, 2010, and amended on February 12, 2010.

2. On April 2, 2010, the United States served a copy of the Amended Verified Complaint, along with the Notice of Forfeiture Complaint, Amended Summons and Warrant of Arrest in Rem, and ECF Notice on David Nelson.

3. A legal notice of this action in-rem was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 4, 2010. Claims based on direct notice were due no later than May 7, 2010, and May 3, 2010, as to the official government internet site.

4. No claimant has come forward to claim the defendant-in-rem one green 1992 Lexus EC300, NH registration #2577395, VIN #JT8VK13T0N0056103, registered to David Nelson. The deadline for filing all claims has lapsed.

5. The United States has established in the Verified Complaint for Forfeiture In Rem probable cause to believe that the defendant-in-rem one green 1992 Lexus EC300, NH registration #2577395, VIN #JT8VK13T0N0056103, registered to David Nelson, was furnished or intended to be furnished in exchange for a controlled substance, or constitutes proceeds of drug distribution, and is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

A. That all right, title and interest to the defendant-in-rem one green 1992 Lexus EC300, NH registration #2577395, VIN #JT8VK13T0N0056103, registered to David Nelson , is hereby condemned, forfeited and vested in the United States of America pursuant to 21 U.S.C. § 881(a)(4), free from the claims of any other party.

B. That the defendant-in-rem one green 1992 Lexus EC300, NH registration #2577395, VIN #JT8VK13T0N0056103, registered to David Nelson, shall be disposed of by the United States Marshals Service (USMS) in accordance with the applicable law and regulations, from which amount the USMS shall deduct its costs related to this proceeding.  The proceeds, less any costs to the USMS pertaining to the defendant-in-rem property, shall be forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(4), free from the claims of any other party, and the proceeds shall be deposited into the Department of Justice Asset Forfeiture Fund in accordance with Title 28, United States Code, Section 524(c) and Title 21, U.S.C. § 881(e).

The Clerk is hereby directed to send two certified copies of this Order to the United States Marshals Service and a copy to United States Attorney's Office, Attention: Assistant U.S. Attorney Robert J. Rabuck.


Dated: May 13, 2010                    /s/Joseph A. DiClerico, Jr.

                                       UNITED STATES DISTRICT JUDGE